Supp. Hrg.

**Criminal Cause for Status Conf./Motion**  **BRIAN M. COGAN**
Date: 7/17/09   Time Started: 10:00                                U.S.D.J.
                                                        TIME 2 Hours

Title: USA v. Zeinab Taleb-Jedi
Docket Number: CR-06-652

1. Deft. Name: _____
   ☐ Present   ☐ Not Present   ☐ In Custody   ☐ On Bail
   Atty. For Deft: Justine Harris & Floridian Miedel
   ☐ Present   ☐ Not Present   ☐ CJA   ☐ RET   ☒ PDA

2. Deft. Name: _____
   ☐ Present   ☐ Not Present   ☐ In Custody   ☐ On Bail
   Atty. For Deft: _____
   ☐ Present   ☐ Not Present   ☐ CJA   ☐ RET   ☐ PDA

A.U.S.A: Eileen Decker & Judith Heinz
ESR/Reporter: M. Diamond   Deputy: Gaby Batista   Clerk: ___
Interpreter: ___   Other: ___

- ☐ Case Called.   ☐ Deft. Appears with counsel
- ☐ Deft. Appears without counsel
- ☐ Counsel Present without Deft.
- ☐ Status Conf./Hrg for Deft Adj'd to ___
- ☐ Status Conf./Hrg for Deft held
- ☐ Jury Selection set for ___
- ☐ Before J. ___   ☐ Parties Consent to Magistrate.
- ☐ Trial Scheduled for ___
- ☒ Speedy Trial Information for Deft(s) ___ Still In Effect
    Code Type: Motion + Complex case   Start Date: 7/17/09   Stop Date: 8/18/09
- ☐ Motions to be made by: ___
    Response by: ___   Replies if any by ___
- ☐ Oral argument on: ___

✓ Other: All submissions are due on 8/11/09. Next Hrg./status is 8/18/09 @ 10:00 & 8/19/09.
✓ Motions #109 & 114 granted in part and Denied in part.