```
                                            FILED
                                     IN CLERK'S OFFICE
                                  U.S. DISTRICT COURT E.D.N.Y.

                                     ★  DEC 07 2009  ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK             **BROOKLYN OFFICE**

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             I N F O R M A T I O N

    -against-                     Cr. No. 06 652(A)-BMC
                                     (T. 50, U.S.C. § 1705(b))
ZEINAB TALEB-JEDI,
    aka "Nayer Taleb-Jedi,"
    aka "Nire Taleb-Jedi,"

        Defendant.

- - - - - - - - - - - - - - - - X

THE ACTING UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

From October 31, 2001, through on or about March 8, 2006, outside of the jurisdiction of any particular state or district, defendant ZEINAB TALEB-JEDI, a United States person, willfully violated an order issued under Chapter 35 of Title 50, United States Code, in that defendant willfully and unlawfully supplied and attempted to supply services to the Mujahedin-e Khalq, whose property and interests in property were blocked pursuant to Executive Order 13224 and a designation by the United States Secretary of State on October 31, 2001.

    (Title 50, United States Code, Section 1705(b);

    Executive Order 13224; 67 Fed. Register 12633)

                                  */s/ George S. Cardona/CCF*
                                  GEORGE S. CARDONA
                                  ACTING UNITED STATES ATTORNEY
                                  EASTERN DISTRICT OF NEW YORK