CRIMINAL CAUSE FOR ARRAIGNMENT/PLEADING
BEFORE JUDGE COGAN    12/7/09    TIME: 3:00    30 mins
CR- 06-652

DEFT: Zeinab Taleb-Jedi    ATTY: Justine Harris / Florian Miedel
✓ pres.  __ not pres.  __ cust.  __ bail    CJA  RET.  LAS

DEFT: ___
__ pres.  __ not pres.  __ cust.  __ bail    ATTY: ___
    CJA  RET.  LAS

DEFT: ___
__ pres.  __ not pres.  __ cust.  __ bail    ATTY: ___
    CJA  RET.  LAS

DEFT: ___
__ pres.  __ not pres.  __ cust.  __ bail    ATTY: ___
    CJA  RET.  LAS

DEFT: ___
__ pres.  __ not pres.  __ cust.  __ bail    ATTY: ___
    CJA  RET.  LAS

DEFT: ___
__ pres.  __ not pres.  __ cust.  __ bail    ATTY: ___
    CJA  RET.  LAS

A.U.S.A.: Judith Heinz    CLERK: G. Batista
COURT REPORTER: Marie Foley    OTHER: ___
INT: (LANG. - ___)

✓ CASE CALLED.  __ DEFTS FIRST APPEARANCE.
DEFT __ SWORN  ✓ ARRAIGNED  ✗ INFORMED OF RIGHTS  arraigned on Information
__ WAIVES TRIAL BEFORE DISTRICT COURT    + deft pleads guilty.

✓ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
__ SUPERSEDING INDICTMENT / INFORMATION FILED.
__ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

✓ DEFT WITHDRAWALS HIS PREVIOUSLY ENTERED PLEA AND ENTERS A
  GUILTY PLEA TO ~~CTS~~ Information    OF
✓ (Superseding) INDICTMENT/INFORMATION.
__ COURT FINDS FACTUAL BASIS FOR THE PLEA.
✓ SENTENCING: 3/8/10 @ 10:30

__ DEFT ___ ENTER NOT GUILTY PLEA.
__ BAIL __ SET __ CONT'D FOR DEFT ___.
__ DEFT ___ CONT'D IN CUSTODY.
__ CASE ADJ'D TO ___ FOR ___
__ JYSELECT SET FOR ___ __ BY MAG.
__ TRIAL SET FOR ___
__ SPEEDY TRIAL INFO FOR DEFT ___ STILL IN EFFECT
    CODE TYPE ___ START ___ STOP ___

__ ORDER / WAIVER EXECUTED & FILED.  __ ENT'D ON RECORD.
__ In the interest of justice as stated on the record.

OTHER: ___